**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OHIO WESTERN DIVISION**

| | | |
|---|---|---|
| SHELBY GRINER,<br><br>Plaintiff,<br>v.<br><br>NORTH AMERICAN SCIENCE ASSOCIATES, LLC, CAROL BRICKNER, and AUSTIN ZDAWCZYK<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 3:23-cv-00152-JRK |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to the Corporate Disclosure Statement provisions in Local Civil Rule 3.13(b) and Local Criminal Rule 16.2: Any non-governmental corporate party to a proceeding must file a statement identifying all its parent, subsidiary and other affiliate corporations and listing any publicly held company that owns 10% or more of the party's stock. A party must file the statement upon filing a complaint, answer, motion, response or other pleading in this Court, whichever occurs first. The obligation to disclose any changes will be continuing throughout the pendency of the case.

In compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of:

Defendant North American Science Associates, LLC ("NAMSA").

1. Is said party a parent, subsidiary or other affiliate of a publicly owned corporation?

_____ Yes __X___ No.

If the answer is Yes, list below the identity of the parent, subsidiary or other affiliate corporation and the relationship between it and the named party:

Not applicable, none. NAMSA is not a parent, subsidiary or other affiliate of a publicly owned corporation.

2. Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome?

_____ Yes __X__ No.

If the answer is Yes, list the identity of such corporation and the nature of the financial interest:

Not applicable, none. There is no publicly owned corporation, not a party to the case, that has a financial interest in the outcome

Dated: February 21, 2023

Respectfully submitted,

*/s/ Jaime S. Tuite*

Jaime S. Tuite (OH 0095341)
Jaime.tuite@bipc.com

BUCHANAN INGERSOLL & ROONEY PC

Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, PA 15219-4413
Phone: (412) 562-8800
Fax: (412) 562-1041

*Attorney for Defendants*