UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| SHELBY GRINER, | ) | CASE NO: 3:23-CV-00152-JRK |
| | ) | |
| Plaintiff, | ) | JUDGE: JAMES R. KNEPP |
| | ) | |
| v. | ) | **STIPULATED NOTICE OF DISMISSAL** |
| | ) | |
| NORTH AMERICAN SCIENCE ASSOCIATES, LLC, *et al.* | ) ) | |
| | ) | |
| Defendants. | ) | |

The parties, by and through undersigned counsel, hereby stipulate and provide notice that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the entirety of this matter is dismissed *with prejudice*.

Respectfully submitted,

| | |
|---|---|
| */s/Taurean J. Shattuck, Esq.* | */s/ Jaime S. Tuite, Esq.* |
| Taurean J. Shattuck, Esq. (0097364) | Jaime S. Tuite, Esq. |
| SPITZ, THE EMPLOYEE'S LAW FIRM | Brianna L. Schmid, Esq. |
| 25825 Science Park Drive, Suite 200 | Buchanan Ingersoll & Rooney PC |
| Beachwood, OH 44122 | Union Trust Building |
| Phone: (216) 291-4744 | 501 Grant Street, Suite 200 |
| Fax: (216) 291-5744 | Pittsburgh, PA 15219 |
| taurean.shattuck@spitzlawfirm.com | Telephone: (412) 562-8800 |
| | Facsimile: (412) 562-1041 |
| *Attorney for Plaintiff* | Jaime.tuite@bipc.com |
| | Brianna.Schmid@bipc.com |
| | |
| | *Attorneys for Defendant* |